

# THE STATE OF TEXAS
## MANDATE

TO THE COUNTY COURT AT LAW NO. 2 OF MCLENNAN COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 28th day of October, A.D. 2015, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

Rashad Ramon Medlock, Appellant                          No. 06-15-00135-CR

                            v.                                Trial Court No. 20134066CR2

The State of Texas, Appellee


As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Rashad Ramon Medlock, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 29th day of December, A.D. 2015.


DEBRA K. AUTREY, Clerk